YAMPOLSKY & MARGOLIS
ATTORNEYS AT LAW
MACE J. YAMPOLSKY
Nevada Bar No. 01945
JASON R. MARGOLIS
Nevada Bar No. 12439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax: (702) 385-3001

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL PLASCENCIA-REYES,<br><br>       Defendant. | **CASE NO.:** 2:19-cr-00071-RFB-NJK<br><br>**NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTICE LIST** |

  MIGUEL ANGEL PLASCENCIA-REYES, by and through her counsel of record hereby submits the following Notice of Request to be Removed from the CM/ECF Electronic Notice List.

  DATED this __13th__ day of January, 2021.

                    _____
                    RICHARD F. BOULWARE, II
                    UNITED STATES DISTRICT JUDGE

  /s/ Mace J. Yampolsky
YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY
Nevada Bar No. 01945
JASON R. MARGOLIS
Nevada Bar No. 12439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax: (702) 385-3001

1